**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

United States of America,

Plaintiff,

vs.

Justin Ames,

Defendant.

CASE NO. 8:21CR90

**WAIVER OF PERSONAL**
**APPEARANCE AT ARRAIGNMENT**
**AND ORDER**

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)     The defendant affirms receiving a copy of the superseding indictment;

(2)     The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)     The defendant pleads not guilty to all counts of the indictment.

_____     _____
Defendant                                                    Date   6/22/21

_____     _____
Attorney for Defendant                                 Date   6/22/2021

**ORDER**

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this   22   day of   June   , 20 21.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT